**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

_____

No. 00-10680

(Summary Calendar)

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIE L. MARSAW,

Defendant-Appellant.

_____

Appeal from the United States District Court
For the Northern District of Texas
USDC No. 3:99-CR-440-ALL-D

_____

January 31, 2001

Before EMILIO M. GARZA, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Willie L. Marsaw moves for leave to

withdraw from the appeal of Marsaw's conviction for making false statements in an attempt to obtain

a firearm, in violation of 18 U.S.C. § 922(a)(6).  He has filed a brief in accordance with *Anders v.*

---

[*]      Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*California*, 386 U.S. 738 (1967).  Although Marsaw was notified of counsel's motion and brief, he did not file a response.  Both counsel's brief and our independent review of the record show that there are no nonfrivolous issues for appeal.  Consequently, counsel's motion for leave to withdraw is GRANTED, and counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5th Cir. R. 42.2.